IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL ALTON HOLT, JR
ADC #160885                                                                  PLAINTIFF

v.                              No: 3:21-cv-51-DPM

JOHN STALEY, Sheriff, Lonoke County;
K FLUD, Administrator, Lonoke County
Jail; J GIBSON, Medical Officer, Lonoke
County Jail; and D BERRYMAN,
Transport Officer, Lonoke County                                       DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Holt hasn't filed an amended complaint; and the time to do so has passed. *Doc. 4*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2021