IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL ALTON HOLT, JR
ADC #160885                                                                 PLAINTIFF

v.                          No: 3:21-cv-51-DPM

JOHN STALEY, Sheriff, Lonoke County;
K FLUD, Administrator, Lonoke County
Jail; J GIBSON, Medical Officer, Lonoke
County Jail; and D BERRYMAN,
Transport Officer, Lonoke County                                            DEFENDANTS

## JUDGMENT

Holt's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2021